IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01710-RBJ-KLM

PROFITSTREAMS LLC,

    Plaintiff,

v.

AMERANTH, INC.,

    Defendant.

---

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion to Seal Confidential Information and for Entry of Protective Order** [Docket No. 59; Filed November 17, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Confidentiality Stipulation and Protective Order [Docket No. 59-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: November 18, 2011